MAY 16, 1957

**No. 60764.**—American Rug & Carpet Co., Inc. *v.* United States, protests 134868–K, etc.—Protests abandoned March 26, 1957. (Not published.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, MAY 22, 1957

**No. 60765.**—Paul E. Sernau, Inc. *v.* United States, protest 283766–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks in chief value of tin or tin plate the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.